DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JORGE ANTONIO RODRIGUEZ-BARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-06-0375 FCD |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER |
| v. | ) ) | |
| JORGE ANTONIO RODRIGUEZ-BARRON, | ) ) | Date: November 27, 2006 Time: 10:00 A.M. |
| | ) ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current trial confirmation hearing scheduled for October 30, 2006 be vacated and a new date of November 27, 2006 at 10:00 a.m. be set for status.  In addition, the November 14, 2006 trial date should be vacated.

    The defense is engaged in investigation regarding the defendant's immigration status, including interviews and record requests. Additional time is needed for that investigation.

    It is further stipulated and agreed between the parties that the period beginning October 30, 2006 to November 27, 2006, should be

excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: October 27, 2006

    Respectfully submitted,

DANIEL BRODERICK
Federal Defender

    /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
JORGE ANTONIO RODRIGUEZ-BARRON

MCGREGOR W. SCOTT
United States Attorney

Dated: October 27, 2006

    /S/MICHAEL BECKWITH
MICHAEL BECKWITH
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED: October 30, 2006

_____
HONORABLE FRANK C. DAMRELL, JR.
District Court Judge

2