DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JORGE ANTONIO RODRIGUEZ-BARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-0375 FCD |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| v. | |
| JORGE ANTONIO RODRIGUEZ-BARRON, | Date: December 11, 2006 |
| | Time: 10:00 A.M. |
| | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current trial confirmation hearing scheduled for November 27, 2006 be vacated and a new date of December 11, 2006 at 10:00 a.m. be set for status.

    The defense is engaged in investigation regarding the defendant's immigration status, including interviews and record requests. Additional time is needed for that investigation. In addition, counsel for the defendant will be engaged in trial on Monday, November 27, 2006.

    It is further stipulated and agreed between the parties that the

period beginning November 27, 2006 to December 11, 2006 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: November 20, 2006

          Respectfully submitted,

          DANIEL BRODERICK
          Federal Defender

          /S/NED SMOCK
          NED SMOCK
          Assistant Federal Defender
          Attorney for Defendant
          JORGE ANTONIO RODRIGUEZ-BARRON

          MCGREGOR W. SCOTT
          United States Attorney

Dated:  November 20, 2006

          /S/MICHAEL BECKWITH
          MICHAEL BECKWITH
          Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: November 21, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2