DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JORGE ANTONIO RODRIGUEZ-BARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-375 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| JORGE ANTONIO RODRIGUEZ-BARRON, ) | Date: February 20, 2007 |
| ) | Time: 10:00 A.M. |
| ) | |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current trial confirmation hearing scheduled for January 22, 2007 be vacated and a new date of February 20, 2007 be set for status.

The defense is engaged in investigation regarding the defendant's immigration status, including interviews and record requests. The defendant's father is a United States citizen, and the defense is seeking evidence to establish that the defendant is entitled to derivative citizenship. Additional time is needed for that investigation because witnesses are still being located in Southern

Case 2:06-cr-00375-FCD-DAD   Document 12   Filed 01/19/07   Page 2 of 2

California and Mexico.

It is further stipulated and agreed between the parties that the period beginning January 22, 2007 to February 20, 2007 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: January 19, 2007

    Respectfully submitted,

    DANIEL BRODERICK
    Federal Defender

    /S/NED SMOCK
    NED SMOCK
    Assistant Federal Defender
    Attorney for Defendant
    JORGE ANTONIO RODRIGUEZ-BARRON

    MCGREGOR W. SCOTT
    United States Attorney

Dated:  January 19, 2007

    /S/MICHAEL BECKWITH
    MICHAEL BECKWITH
    Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: January 19, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2