DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JORGE ANTONIO RODRIGUEZ-BARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-0375 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| JORGE ANTONIO RODRIGUEZ-BARRON, ) | Date: March 5, 2007 |
| ) | Time: 10:00 A.M. |
| ) | |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current status conference now scheduled for February 20, 2007 be vacated and a new date of March 5, 2007 be set for status.

    The defense is engaged in investigation regarding the defendant's immigration status, including interviews and record requests.  The defendant's father is a United States citizen, and the defense is seeking evidence to establish that the defendant is entitled to derivative citizenship.  In addition, the defense just received information from the Executive Office of Immigration Review about

1  previous deportation proceedings and needs time to review that
2  information.
3      It is further stipulated and agreed between the parties that the
4  period beginning February 20, 2007 to March 5, 2007 should be excluded
5  in computing the time within which the trial of the above criminal
6  prosecution must commence for purposes of the Speedy Trial Act for
7  defense preparation.  All parties stipulate and agree that this is an
8  appropriate exclusion of time within the meaning of Title 18, United
9  States Code, Section 3161(h)(8)(iv) (Local Code T4).

11 Dated: February 15, 2007

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                            /S/NED SMOCK
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JORGE ANTONIO RODRIGUEZ-BARRON


                                        MCGREGOR W. SCOTT
                                        United States Attorney

20 Dated:  February 15, 2007
                                           /S/MICHAEL BECKWITH
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney


                            **ORDER**

    **IT IS SO ORDERED.**

DATED: February 16, 2007




                            _____
                            FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE

                                2