```
DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JORGE ANTONIO RODRIGUEZ-BARRON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-375 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) | |
| JORGE ANTONIO RODRIGUEZ-BARRON, ) | Date: April 9, 2007 |
| ) | Time: 10:00 A.M. |
| ) | |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kyle Reardon, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current status conference now scheduled for March 26, 2007 be vacated and a new date of April 9, 2007 be set for status.

    The defendant's father is a United States citizen, and the defense has been seeking evidence to establish that the defendant is entitled to derivative citizenship.  The defense is preparing a report to present to the government regarding its findings.

    It is further stipulated and agreed between the parties that the period beginning March 26, 2007 to April 9, 2007 should be excluded in

computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: March 23, 2007

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

     /S/NED SMOCK     
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
JORGE ANTONIO RODRIGUEZ-BARRON

MCGREGOR W. SCOTT
United States Attorney

Dated:  March 23, 2007

    /s/ KYLE REARDON    
KYLE REARDON
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: March 29, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2