DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JORGE ANTONIO RODRIGUEZ-BARRON


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-375 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| JORGE ANTONIO RODRIGUEZ-BARRON, ) | Date: April 16, 2007 |
| ) | Time: 10:00 A.M. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kyle Reardon, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current status conference now scheduled for April 9, 2007 be vacated and a new date of April 16, 2007 at 10:00 a.m. be set for status.

The defense has provided a detailed investigative report to the government about a defense to the charge. The parties need additional time to discuss a resolution, and the defense needs time to perform any necessary follow-up investigation.

It is further stipulated and agreed between the parties that the period beginning April 9, 2007 to April 16, 2007 should be excluded in

computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: April 6, 2007

                                      Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender


                                       /S/NED SMOCK
                                      NED SMOCK
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JORGE ANTONIO RODRIGUEZ-BARRON


                                      MCGREGOR W. SCOTT
                                      United States Attorney

Dated:  April 6, 2007
                                     /s/ KYLE REARDON
                                      KYLE REARDON
                                      Assistant U.S. Attorney

                                            **ORDER**

    **IT IS SO ORDERED.**

DATED: April 6, 2007

                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE