```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I St., Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2782
 5
 6
                    IN THE UNITED STATES DISTRICT COURT
 7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9
10  UNITED STATES OF AMERICA,       )
                                    )
11              Plaintiff,          )   CR. No. S-06-0375 FCD
                                    )
12        v.                        )
                                    )   MOTION TO DISMISS INDICTMENT
13  JORGE ANTONIO RODRIGUEZ-BARRON, )   and ORDER DISMISSING INDICTMENT
                                    )
14              Defendant.          )
    _____)
15
16        Pursuant to Rule 48(a) of the Federal Rules of Criminal
17  Procedure, Plaintiff, United States of America, by and through its
18  undersigned attorney, asks the Court to file an order dismissing
19  the indictment against Jorge Antonio Rodriguez-Barron, filed on
20  September 14, 2007, in CR. No. S-06-375 FCD.  On April 18, 2007,
21  in the courtroom of Magistrate Judge Dale A. Drozd, the defendant
22  pleaded guilty to a superseding information charging a misdemeanor
23  violation of 8 U.S.C. § 1325(a)(1) – illegal entry by an alien.
24  ///
25  ///
26  ///
27  ///
28  ///
```

1  The defendant waived appeal and was sentenced to six months
2  confinement.
3
4
5  DATED: April 18, 2007                McGREGOR W. SCOTT
                                        United States Attorney
6
                                    By /s/ Kyle Reardon
7                                      KYLE REARDON
                                       Assistant U.S. Attorney
8
9
10
                                O R D E R
11
12 APPROVED AND SO ORDERED:
13 DATED: April 19, 2007
14
15
                                  _____
16                                FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28